876 So.2d 93 (2004)
Keith A. WILLIAMS and Debra Williams Individually and on Behalf of Their Minor Son Keith Williams, II
v.
MEMORIAL MEDICAL CENTER (Formerly Known as Mercy-Baptist Hospital), Dr. John N. Udall, Dr. Charles B. Hill, Dr. Victor E. Lunyong, Children's Hospital, Dr. Uwe Blecker, Dr. Elizabeth E. Mannick, Marlene M. Buis and Dr. Eberhard Schmidt-Sommerfeld.
No. 2004-C-0963.
Supreme Court of Louisiana.
June 4, 2004.
Denied.